United States District Court
Southern District of Texas

**ENTERED**

March 10, 2026

Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| John J. Dierlam, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action H-25-123 |
| | § | |
| Donald Trump, et al., | § | |
| *Defendants*. | § | |

## ORDER

On February 17, 2026, Magistrate Judge Peter Bray entered a Memorandum and Recommendation recommending Defendants' Motion to Dismiss, ECF No. 30, be granted and that Plaintiff's Motion for Preliminary Injunction, ECF No. 15, be denied as moot. ECF No. 43. The parties were provided with notice and an opportunity to object to the magistrate judge's recommendation. Dierlam filed objections to the recommendation. ECF No. 44.

The court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." 28 U.S.C. § 636(b)(1)(C). After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* Fed. R. Civ. P. 72(b)(3).

The court has reviewed the recommendation de novo and finds no error in law or fact. The objections are **OVERRULED**. The court therefore **ADOPTS** the memorandum and recommendation as its memorandum and opinion.

SIGNED at Houston, Texas on March 10, 2026.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE